IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

**Christopher Andrade Martinez,**

        Plaintiff(s),

vs.

**Diverse Staffing Services, Inc.,**

        Defendant(s).

Case No.: 1:23-cv-0606

## AFFIDAVIT OF SERVICE

Personally appeared before me the undersigned officer duly authorized to administer oaths, Rodney McClellan, who, after being duly sworn, deposes and states the following:

1.

Affiant states that he/she is appointed by this Court to serve process. The statements made are true and correct and are based upon my personal knowledge.

2.

I served Diverse Staffing Services, Inc. with a Summons in a Civil Action, Complaint, and Civil Cover Sheet by leaving the documents with Pat Stanley, agent at Cogency Global Inc., Registered Agent of Diverse Staffing Services, Inc. at said person's place of employment/place of business located at 900 Roswell Lakes Parkway, Suite 310, Roswell, GA 30076 on February 15, 2023 at 3:36 PM.

Signed and sworn to before me on this 15 day of FEBRUARY, 2023 by an affiant who is personally known to me or produced identification.

Notary Public

**Rodney McClellan**
Express Legal Services LLC
860 Johnson Ferry Rd.
Atlanta, GA 30342
(678) 648-6330






*5145787*